ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Email: mminucci@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555

And

ROBERT B. SIDELL, ESQ.
Nevada Bar No. 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No. 14620
**SIDELL INJURY LAW**
3424 West Charleston Boulevard
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF DECEDENT WITTNEY PAIGE BECKSTEAD; KARIN HEITZ, an individual/heir,<br><br>        Plaintiff,<br>    vs.<br><br>FCA US LLC, a Foreign Limited-Liability Company, d/b/a JEEP; LAS VEGAS-J, LLC., a Domestic Limited-Liability Company d/b/a JEEP ONLY;  DOES 1 through 20, inclusive; and ROE ENTITIES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.: 2:23-cv-01755 |

### STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES
*(First Request)*

Plaintiffs THE ESTATE OF DECEDENT WITTNEY PAIGE BECKSTEAD and KARIN HEITZ, through their counsel The Cottle Firm, Defendant FCA US LLC., d/b/a JEEP (hereinafter "FCA US"), through their counsel Melissa P. Wilner, Esq., of Klein Thomas Lee & Fresard, and

Defendant LAS VEGAS-J, LLC d/b/a JEEP ONLY, through their counsel Griffith H. Hayes, Esq., of Tyson & Mendes, LLP., hereby stipulate and agree, pursuant to LR 26-3, to vacate and extend the current discovery deadlines set forth in the Discovery Plan and Scheduling Order filed on December 12, 2023 (Document #14).

**A.      DISCOVERY COMPLETED TO DATE:**

1. Plaintiffs served their Initial List of Witnesses and Documents Pursuant to FRCP 26(a)(1) on December 6, 2023.

2. Defendant FCA US LLC served its Initial Disclosures Pursuant to Rule 26(a)(1) on December 19, 2023.

3. Defendant Las Vegas-J, LLC d/b/a Jeep Only served their Initial List of Witnesses and Documents Pursuant to FRC 26(a)(1) on December 20, 2023.

4. Plaintiffs served their First Set of Requests for Admissions to Defendant FCA US LLC d/b/a Jeep on February 9, 2024.

5. Plaintiffs served their First Set of Requests for Production of Documents to Defendant FCA US LLC d/b/a Jeep on February 9, 2024.

6. Plaintiffs served their First Set of Interrogatories to Defendant FCA US LLC d/b/a Jeep on February 9, 2024.

7. Plaintiffs served their First Set of Requests for Admissions to Defendant Las Vegas-J, LLC d/b/a Jeep Only on February 9, 2024.

8. Plaintiffs served their First Set of Requests for Production of Documents to Defendant Las Vegas-J, LLC d/b/a Jeep Only on February 9, 2024.

9. Plaintiffs served their First Set of Interrogatories to Defendant Las Vegas-J, LLC d/b/a Jeep Only on February 9, 2024.

10. Defendant FCA US LLC served its First Supplemental Disclosure Pursuant to Rule 26(a)(1) on February 28, 2024.

11. Defendant FCA US LLC served its Responses to Plaintiff's First Set of Requests for Admissions on March 11, 2024.

12. Defendant FCA US LLC served its Responses to Plaintiff's First Set of Requests for Production on March 11, 2024.

13. Defendant FCA US LLC served its Responses to Plaintiff's First Set of Interrogatories on March 11, 2024.

14. Defendant Las Vegas-J, LLC d/b/a Jeep Only served their First Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26(a)(1) on April 5, 2024.

15. Defendant Las Vegas-J LLC served their Responses to Plaintiff's First Set of Interrogatories on April 5, 2024.

16. Defendant Las Vegas-J LLC served their Responses to Plaintiff's First Set of Requests for Admissions on April 5, 2024.

17. Defendant Las Vegas-J LLC served their Responses to Plaintiff's First Set of Requests for Production of Documents on April 5, 2024.

18. Defendant FCA US LLC served its First Set of Requests for Production of Documents to Plaintiffs on April 24, 2024.

19. Defendant FCA US LLC served its First Set of Interrogatories to Plaintiffs on April 24, 2024.

20. Defendant FCA US LLC served it First Set of Requests for Admissions on April 24, 2024.

21. Defendant FCA US LLC served its Second Supplemental Disclosure Pursuant to Rule 26(a)(1) on May 7, 2024.

22. Plaintiffs served their Responses to Defendant FCA US LLC's First Set of Requests for Admission on May 22, 2024.

23. Plaintiffs served their Responses to Defendant FCA US LLC's First Set of Interrogatories on June 7, 2024.

24. Plaintiffs served their Responses to Defendant FCA US LLC's First Set of Requests for Production of Documents on June 7, 2024.

**B.    DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Plaintiff intends to take the deposition of Defendants FRCP 30(b)(6).

2. Defendants intend to take the deposition of Plaintiff.

3. The parties intend to take the deposition of multiple California Highway Patrol Officers

4. The parties intend to take the deposition of multiple witnesses to the subject accident.

5. The parties intend to take the deposition of the San Bernardino Coroner who performed the autopsy.

6. The parties intend to inspect the subject vehicle.

7. The parties may take expert depositions.

**C.    REASON WHY DISCOVERY WAS NOT COMPLETED:**

The parties are extending discovery based on a delay in purchasing the subject vehicle. The parties are seeking to purchase the subject vehicle in order to perform extensive and, possibly, destructive testing, which the parties are unable to conduct at the current location and without ownership. The parties are working with the GAP insurer to issue payment to the lien holder so that the parties can move the vehicle into a secure location for expert testing. All required documents have been submitted to the GAP insurer and the parties anticipate being in possession the subject vehicle

in the next 45 days.  The parties submit these reasons constitute good cause under LR 26-3 for the extension.

The parties do not bring this motion for purpose of delay.

**D.    PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY:**

1. Discovery Cut-Off Date: **Tuesday, April 1, 2025.**

2. Amending the Pleadings and Adding parties: **Friday, November 1, 2024.**

3. FRCP 26(a)(2) Disclosure of Initial Experts: **Friday, January 17, 2025.**

4. FRCP 26(a)(2) Disclosures of Rebuttal Experts: **Friday, March 14, 2025.**

4. Dispositive Motions: **Friday, May 2, 2025.**

5. Pre-Trial Order: **Tuesday, June 3, 2025.**

This Stipulation is made in good faith and not for the purpose of delay.

DATED this 13th day of June, 2024.

| | |
|---|---|
| **THE COTTLE FIRM** | **TYSON & MENDES LLP** |
| By: */s/ Matthew D. Minucci* | By: */s/ Griffith H. Hayes* |
| ROBERT W. COTTLE, ESQ. | GRIFFITH H. HAYES, ESQ. |
| Nevada Bar No. 4576 | Nevada Bar No. 7374 |
| MATTHEW D. MINUCCI, ESQ. | CHRISTOPHER A. LUND, ESQ. |
| Nevada Bar No. 12449 | Nevada Bar No. 12435 |
| 8635 South Eastern Avenue | 2835 St. Rose Parkway, Suite 140 |
| Las Vegas, Nevada 89123 | Henderson, NV 89052 |
| Phone: (702) 722-6111 | *Attorneys for Defendant Las Vegas-J, LLC* |
| Facsimile: (702) 834-8555 | |
| *Attorneys for Plaintiffs* | |

*The Estate of Wittney Beckstead v. FCA US, LLC, et al.*
Case No.: 2:23-cv-01755
Stipulation and Order to Continue Discovery (1st Request)

**KLIEN THOMAS LEE & FRESARD**

By: */s/ Melissa P. Wilner*
MELISSA P. WILNER, ESQ.
Nevada Bar No. 16471
1920 Main Street, Suite 230
Irvine, CA 92614

MARIO D. VALENCIA, ESQ.
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 South Stephanie Street, Suite 201
Henderson, NV 89102
*Attorneys for Defendant FCA US LLC*

**IT IS SO ORDERED.** Any future stipulations must include then existing deadlines and make showing of good cause that considerable discovery, including depositions, has been completed.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-20-24