ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Email: mminucci@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555

And

ROBERT B. SIDELL, ESQ.
Nevada Bar No. 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No. 14620
**SIDELL INJURY LAW**
3424 West Charleston Boulevard
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF DECEDENT WITTNEY PAIGE BECKSTEAD; KARIN HEITZ, an individual/heir, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC, a Foreign Limited-Liability Company, d/b/a JEEP; LAS VEGAS-J, LLC., a Domestic Limited-Liability Company d/b/a JEEP ONLY; DOES 1 through 20, inclusive; and ROE ENTITIES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-01755-JAD-MDC <br><br><br> ECF No. 36 |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, through her counsel The Cottle Firm, Defendant FCA US LLC (hereinafter "FCA US"),[1] through their counsel Melissa P. Wilner, Esq., of Klein

---

[1] FCA US is incorrectly named in the caption as "FCA US LLC d/b/a Jeep."

- 1 -

Thomas Lee & Fresard, and Mario D. Valencia, Esq., and Defendant LAS VEGAS-J, LLC d/b/a JEEP ONLY, through their counsel Griffith H. Hayes, Esq., of Tyson & Mendes, LLP., that the above-captioned action be and is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party will bear its own fees and costs.

DATED this 27th day of August, 2025.

| | |
|---|---|
| **THE COTTLE FIRM** | **TYSON & MENDES LLP** |
| By: */s/ Matthew D. Minucci* <br> ROBERT W. COTTLE, ESQ. <br> Nevada Bar No. 4576 <br> MATTHEW D. MINUCCI, ESQ. <br> Nevada Bar No. 12449 <br> 8635 South Eastern Avenue <br> Las Vegas, Nevada 89123 <br> Phone: (702) 722-6111 <br> Facsimile: (702) 834-8555 <br> *Attorneys for Plaintiffs* | By: */s/ Griffith H. Hayes* <br> GRIFFITH H. HAYES, ESQ. <br> Nevada Bar No. 7374 <br> CHRISTOPHER A. LUND, ESQ. <br> Nevada Bar No. 12435 <br> 2835 St. Rose Parkway, Suite 140 <br> Henderson, NV 89052 <br> *Attorneys for Defendant Las Vegas-J, LLC* |

**KLIEN THOMAS LEE & FRESARD**

By: */s/ Melissa P. Wilner*
MELISSA P. WILNER, ESQ.
Nevada Bar No. 16471
1920 Main Street, Suite 230
Irvine, CA 92614

MARIO D. VALENCIA, ESQ.
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 South Stephanie Street, Suite 201
Henderson, NV 89102
*Attorneys for Defendant FCA US LLC*

### ORDER

Based on the parties' stipulation [ECF No. 36] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. All deadlines and due dates are vacated. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 2, 2025